UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| PATRICK CHAMPION, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 2:15-cv-106-RLJ |
| CENTURION, *et al.*, | ) |
| *Defendants*. | ) |

## MEMORANDUM and ORDER

On April 22, 2015, the Court entered an order in this *pro se* prisoner's civil rights case under 42 U.S.C. § 1983, allowing plaintiff thirty (30) days to pay the entire filing fee since he fell within the scope of the "three-strikes" rule in 28 U.S.C. § 1915(g) and warning him that his failure to submit the filing fee would result in the dismissal of his case, (Doc. 4). That time has now passed, and plaintiff has failed to pay the filing fee.

Accordingly, his case is **DISMISSED** without prejudice. 28 U.S.C. § 1915(g) In addition, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a) and **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**A separate judgment will enter.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE